No. 17–0231/AR. U.S. v. Torrence A. Robinson. CCA 20140785. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues raised by Appellant:

I. WHETHER THE MILITARY JUDGE ERRED BY FAILING TO ADMIT CONSTITUTIONALLY REQUIRED EVIDENCE UNDER MILITARY RULE OF EVIDENCE 412(b)(1)(C).

II. WHETHER THE MILITARY JUDGE COMMITTED PLAIN ERROR WHEN HE FAILED TO INSTRUCT THE PANEL ON THE MENS REA REQUIRED FOR THE SPECIFICATION OF CHARGE I, WHICH INVOLVED AN ARTICLE 92, UCMJ, VIOLATION OF ARMY REGULATION 600–20.

And the following issue specified by the Court:

III. WHETHER THE EVIDENCE WAS LEGALLY SUFFICIENT TO ESTABLISH THAT APPELLANT KNEW OR REASONABLY SHOULD HAVE KNOWN THAT SPC VM WAS TOO INTOXICATED TO CONSENT TO A SEXUAL ACT.

Briefs will be filed under Rule 25.

No. 16–0729/NA. U.S. v. Brandon G. Darnall. CCA 20150010. Appellant's motion to extend time to file a brief is hereby granted to April 3, 2017.

No. 17–0257/AR. U.S. v. Daren L. Humphrey. CCA 20160518. On consideration of Appellant's motion to withdraw the petition for grant of review, it is ordered that said motion is hereby denied without prejudice to resubmitting a motion that complies with C.A.A.F. Rule 21(f)(1)–(3).

No. 17–0308/AR. U.S. v. Dwayne M. Williams. CCA 20140924. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 12, 2017.

